## CHARLES D. GIANETTI *v.* CHARLES J. RIETHER
## (AC 33852)

Gruendel, Alvord and Lavery, Js.

Argued November 28—officially released December 18, 2012

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* VIDA DEAS
## (AC 34187)

DiPentima, C. J., and Lavine and Peters, Js.

Submitted on briefs December 3—officially released December 18, 2012

Per Curiam. The judgment is affirmed.

## ALBERT STEPHENS *v.* COMMISSIONER
## OF CORRECTION
## (AC 33399)

Gruendel, Alvord and Lavery, Js.

Argued November 28—officially released December 18, 2012

Per Curiam. The appeal is dismissed.